*J. Brooks Johnson, Jr.,* for the appellees (defendants Rowland et al.).

*Richard W. Shettle* appeared for the appellee (defendant Philip Ritone).

Argued January 5—decided January 20, 1965

MINNIE GODEK *v.* CITY OF HARTFORD ET AL.

The motion by the plaintiff to dismiss the appeal of the defendant Mary A. Moriarty from the Superior Court in Hartford County is denied.

*James D. O'Connor,* for the appellee (plaintiff).

*William R. Moller,* with whom was *Edmund T. Curran,* for the appellant (defendant Mary A. Moriarty).

Argued January 5—decided January 20, 1965

JOHN WARNER *v.* HEIDI K. LIIMATAINEN

The motion by the plaintiff to strike an assignment of error in the appeal from the Superior Court in Windham County is denied.

*Paul B. Groobert,* in support of the motion.

Submitted January 5—decided January 26, 1965

The motion by the defendant to dismiss the plaintiff's motion to strike an assignment of error in the appeal from the Superior Court in Windham County is denied.

*Henry F. Cooney,* in support of the motion.

*Paul B. Groobert,* in opposition.

Submitted January 11—decided January 26, 1965